### Libel Hez$^H$ Gray vs. Brig$^T$ *Beauty*

Being read
a Proclamation was made that if any Person had any answer to make to the afores$^d$ Libel to come into Court and they should be heard, and no person appeared, accordingly the Court was adjourned untill further notice.

[Admiralty Papers, VII, 110]

Newport December 20th 1749
Court of Vice Admiralty: The within Libel of Hezekiah Gray against the Brigantine Beauty being read, and Proclamation made for any person or persons to come into Court and make Answer to the s$^d$ Libel: and no person Appearing: It is therefore Consider'd and Decreed that the s$^d$ Hezekiah Gray recover against the Brigantine Beauty for the remainder of his wages the Sum of Twenty Pounds Ten Shillings in Bills of Credit of the old Tenor w$^{th}$ cost of Court and it is further Order'd and Decreed that in case the master and Owners of the s$^d$ Brigantine Shall neglect to pay the s$^d$ Sum for the Space of Ten days after the Date hereof, that then the s$^d$ Brigantine or Such apart of her Tackle furniture or Appurtenances as Shall be Sufficient Shall be Publickly Sold by the Marshall of this Court After having given the usual notice thereof, and that he the s$^d$ Marshall out of the money arising from s$^d$ Sale pay and Satisfy the s$^d$ Hezekiah the above s$^d$ Sum and also the Cost of this Court.

Samuel Wickham Dep$^t$ Judge

Colony of Rhode I$^D$ Court of V. Adm$^Y$
Costs Hez$^h$ Gray vs Brig$^n$ Beauty Viz$^t$

| | |
|---|---|
| Libel and advo: Fee | £ 3.10 |
| Filing and allowing d° | 2.10 |
| Citation | 1.16 |
| Taking the Vessel in Custody | 1.10 |
| Decree etc | 6. |
| Filing papers etc | .16. |
| | £16. 2 |

| | |
|---|---|
| Advo | 3.10 |
| Judge | 6.10 |
| Reg$^r$ | 3.10 |
| Mar$^l$ | 2.12 |
| | £16: 2 |